UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE MARTHA,<br><br>    Plaintiff,<br><br>v.<br><br>GUY WILDENSTAIN,<br><br>    Defendant. | Case No. 4:22-cv-03847-KAW<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 15 |

On June 28, 2022, Plaintiff filed this civil action and application to proceed *in forma pauperis*. On October 6, 2022, the Court granted Plaintiff's application to proceed *in forma pauperis*. Pursuant to 28 U.S.C. § 1915(e)(2), the Court then screened Plaintiff's complaint and found it deficient, finding that Plaintiff had failed to set forth a "short and plain statement of the claim showing that the pleader is entitled to relief." (Dkt. No. 15 at 3.)  The Court ordered Plaintiff to file an amended complaint that provided the legal and factual basis for all claims by November 14, 2022. *Id.* at 3.  The Court warned that the failure to do so would result in the case being reassigned to a district judge with the recommendation that the case be dismissed. *Id.* To date, Plaintiff has not filed an amended complaint.[1]

Accordingly, the Court ORDERS Plaintiff to show cause, by **December 30, 2022**, why the case should not be dismissed for failure to prosecute, and why he did not timely file the amended complaint. Additionally, Plaintiff shall file the amended complaint, which shall be a complete pleading and may not reference any prior filed documents.  Failure to respond to the order to show cause and file the amended complaint by the deadline will result in the Court reassigning the case

---

[1] Plaintiff has filed various documents since the screening order was filed, but none of them can be liberally construed as an amended complaint. (*See* Dkt. Nos. 17-19.)

1  to a district judge with the recommendation that the case be dismissed.

2        Again, Plaintiff may wish to contact the Federal Pro Bono Project's Help Desk for
3  assistance—a free service for pro se litigants—by calling (415) 782-8982 to make an appointment.
4  Plaintiff may also wish to consult the manual the court has adopted to assist pro se litigants in
5  presenting their case.  This manual, and other free information for pro se litigants, is available
6  online at: http://cand.uscourts.gov/proselitigants.

7        IT IS SO ORDERED.

8  Dated: November 29, 2022

9                                            KANDIS A. WESTMORE
10                                           United States Magistrate Judge